AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 16-6491 MJ |
| Eduardo Urias-Castaneda, A200 600 020 | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 1, 2016, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Eduardo Urias-Castaneda, an alien, was found in the United States of America, at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Nogales, Arizona, on or about November 29, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY:  Charles E. Bailey P.S. for AUSA Jonathan R. Hornok

☒ Continued on the attached sheet.

*Complainant's signature*
Paul M. Ford
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___November 3, 2016___

*Judge's signature*
David K. Duncan
United States Magistrate Judge
*Printed name and title*

City and state: ___Phoenix, Arizona___

## STATEMENT OF PROBABLE CAUSE

I, Paul M. Ford, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 1, 2016, Border Patrol Agents J. Fagerlie and J. Overstreet encountered an individual near Casa Grande, in the District of Arizona. The agents identified themselves as Border Patrol Agents and performed an immigration inspection on the individual. The individual, later identified as Eduardo Urias-Castaneda, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Urias-Castaneda was transported to the Casa Grande Border Patrol Station for further processing. Urias-Castaneda was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Eduardo Urias-Castaneda to be a citizen of Mexico and a previously deported criminal alien. Urias-Castaneda was removed from the United States to Mexico through Nogales, Arizona, on or about November 29, 2015, pursuant to the reinstatement of a removal order issued by an immigration

1

official.   There is no record of Eduardo Urias-Castaneda in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.   Urias-Castaneda's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Eduardo Urias-Castaneda was convicted of Solicitation to Commit Possession of Marijuana for Sale, a felony offense, on December 28, 2011, in the Superior Court of Arizona, Maricopa County.   Urias-Castaneda was sentenced to two (2) years and six (6) months' imprisonment.   Urias-Castaneda's criminal history was matched to him by electronic fingerprint comparison.

5. On or about November 2, 2016, Eduardo Urias-Castaneda was advised of his constitutional rights.   Urias-Castaneda freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 1, 2016, Eduardo Urias-Castaneda, an alien, was found in the United States of America, at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 29, 2015, and not having

obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Paul M. Ford
U.S. Border Patrol Agent


Sworn to and subscribed before me
this 3rd day of November, 2016.

_____
David K. Duncan
United States Magistrate Judge